UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>David Wise<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  22-08379<br><br>Chapter:  13<br>Honorable Donald R. Cassling |

**ORDER ALLOWING DEBTOR TO INCUR DEBT AND SHORTEN NOTICE**

THIS CAUSE COMING TO BE HEARD on the motion of the Debtor to incur debt to purchase a vehicle, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto; IT IS HEREBY ORDERED:

A. Debtor is granted the ability to have her motion heard on shortened notice.

B. Debtor is granted permission to finance a 2020 Jeep Compass for $24,825.26 with a 72 month loan term with an APR of 20.10% and monthly payments of $572.00, or similar vehicle with these loan terms.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  March 30, 2023

**Prepared by:**

Mehul D Desai
Attorney for Debtor
Swanson & Desai, LLC
3111 W Armitage Ave Ste 202
Chicago, IL 60647
312-850-3328